# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3163

_____

Lorenzo Laverne Gilmore,

Appellant,

v.

State of Florida,

Appellee.

_____


On appeal from the Circuit Court for Union County.
Mitchell D. Bishop, Judge.


August 2, 2024

Per Curiam.

Affirmed.

Roberts, Bilbrey, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lorenzo Laverne Gilmore, pro se; Jessica J. Yeary, Public Defender, and Pamela D. Presnell, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.